# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 214-CR-014-5 |
| JOSEPH EDWARD LANG | |

### ORDER

Before the Court is Joseph Lang's motion for early termination of supervised release, dkt. no. 394, to which the Government objected, dkt. no. 395. The motion is ripe for review.

On March 24, 2015, following his plea of guilty, Lang appeared before the undersigned and was sentenced to 27 months' imprisonment to be followed by three years' supervised release for committing the offense of conspiracy to possess with intent to distribute, and to distribute, quantities of cocaine and cocaine base, both Schedule II controlled substances, and "Molly," a Schedule I controlled substance. Lang was actively serving a term of supervised release when he committed the instant offense. See United States v. Lang, No. 2:10cr17 (S.D. Ga. Feb. 23, 2011).

Lang has completed 20 months of supervised release. While he has complied with various conditions of his supervised release, he has violated several other conditions, including changing his residence without permission of the Court, traveling abroad

without permission of the Court, and failing to maintain stable employment.

While the Court commends Lang for obtaining his G.E.D. while incarcerated and returning negative drug samples while on supervised release, the Court must carefully weigh a favorable adjustment to his supervision against his offense of conviction, as well as his supervised release violations. Accordingly, the Court **DENIES** Lang's motion, dkt. no. 394, at this time.

**SO ORDERED**, this 23 day of September, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA